IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CINDY L. DOERGE,

        Plaintiff,

vs.                                 Case No. 05-1019-JTM

CRUM'S ENTERPRISES, INC., et al.,

        Defendants.

MEMORANDUM AND ORDER

This matter is again before the court on a motion by plaintiff Cindy Doerge for in forma pauperis status. Plaintiff's renewed motion (Dkt. No. 201) provides additional information with respect to plaintiff's financial resources. However, the court's previous Order of July 31, 2007 (Dkt. No. 199), which addressed both Doerge's motion for in forma pauperis status and a request for free transcripts under 28 U.S.C. § 753(f), was premised not on the absence of information as to Doerge's financial status, but the utter failure to demonstrate the existence of a colorable, good faith basis for appeal. As the court then noted, "plaintiff does nothing beyond presenting a single-sentence request for certification," and that she "has wholly failed to demonstrate the existence of any substantial question" for appeal. (Dkt. No. 199, at 2). The court concluded that "[t]he issues which were resolved by the court's prior order clearly justified the award of summary judgment," and stated that it could "'foresee no legally meritorious issue ... that plaintiff will be able to raise on appeal,'" *Id.* (quoting *Bedford v. Neighborhood Connections*, No. 04-C-0978C, 2005 WL 1378917 (W.D. Wis. 2005)). Plaintiff's most recent motion is again utterly silent on the basis for the appeal, and the court denies plaintiff's request pursuant to 28 U.S.C. § 1915(a)(3).

IT IS ACCORDINGLY ORDERED this 11th day of October, 2007, that the plaintiff's motion to certify (Dkt. No. 201) is hereby denied.

                                                        s/ J. Thomas Marten
                                                        J. THOMAS MARTEN, JUDGE